IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| In the Matter of: | ) | Chapter 13 |
| Kim S Price | ) | |
| 2221 Martin Road | ) | Case No: 14-10552 |
| Augusta, GA 30906 | ) | |
| | ) | |
| Debtor | | |

**TRUSTEE'S OBJECTION TO CONFIRMATION**

    COMES NOW, the Chapter 13 Trustee Huon Le, by and through counsel, and pursuant to 11 U.S.C. Sections 1324 (a) and 1325, objects to the confirmation of the Debtor's proposed plan.

    The specific deficiency is:

    1.    The Debtor's paystubs reflect, and the Debtor testified that she earns more than is listed on Schedule I.

    WHEREFORE, said Trustee prays that the Court deny confirmation of Debtor's proposed plan.

    This 8th day of May 2014.

/s/ Jordan Gillman Dinos
Jordan Gillman Dinos, Attorney for
Chapter 13 Trustee Huon Le
Georgia Bar No. 379255

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that copies of this Trustee's Objection to Confirmation have been forwarded by either electronic or first-class mail, postage prepaid, to the above-named Debtor and the parties whose name appears below, on the <u>8th day of May 2014</u>.

/s/ John Eckert
Office of the Chapter 13 Trustee
Post Office Box 2127
Augusta, Georgia 30903

Klosinski Overstreet, LLP
Attorney At Law
#7 George C. Wilson Court
Augusta, GA 30909